ENTERED
NOV 19 2009
K.R.W.

FILED
at____O'clock &____min____M
NOV 1 8 2009
United States Bankruptcy Court
Columbia, South Carolina (23)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| Worldwide Wholesale Lumber, Inc. | ) | CASE NO: 06-01499 |
| | ) | |
| Debtor(s). | ) | |

## ORDER

Pursuant to the hearing held November 18, 2009 on the Trustee's Interim Report and Account, the Objection by China Export & Credit Insurance Corp aka SINOSURE is Overruled for Lack of Prosecution.

**IT IS SO ORDERED**

_____
JOHN E. WAITES
Chief Bankruptcy Judge

Columbia, South Carolina

11/18, 2009