OFFICE OF THE CLERK

# UNITED STATES BANKRUPTCY COURT

Tammi M. Hellwig
Clerk of Court

DISTRICT OF SOUTH CAROLINA
J. BRATTON DAVIS UNITED STATES BANKRUPTCY COURTHOUSE
1100 LAUREL STREET
COLUMBIA, SOUTH CAROLINA 29201-2423

TELEPHONE (803)765-5436
www.scb.uscourts.gov

---

DATE: February 9, 2010

TO: Micahel M. Popovich
2810 Oak Manor Drive
Mount Pleasant, SC 29466

RE: Reclamation of Exhibits
Case Name: Worldwide Wholesale Lumber, Inc.
Case No: 06-01499-jw    Adv. No:

You submitted certain material/documents into evidence during a trial or hearing in the above-captioned case.

Pursuant to SC LBR Rule 9070-1, exhibits shall be claimed by the applicable party within **14** days after the expiration of the time for appeal from a final judgment.

This is to advise you that, unless you claim and remove the exhibits from this office within **14** days of the date of this letter, they will be destroyed as provided by SC LBR Rule 9070-1. Please contact me at 803-765-5046 to coordinate return of these exhibits.

Tammi M. Hellwig, Clerk of Court

BY: _Regina L. Schmidt_
Regina L. Schmidt, Deputy Clerk

---

**Acknowledgment of Receipt of Exhibits Previously Introduced at a trial/hearing.**

| Exhibit No. | On Behalf Of | Date Introduced |
|---|---|---|
| 1 | Michael Popovich | September 9, 2009 |

Received by: _____    on _____
             Attorney's Signature                    Date

_____    _____
Typed or Printed Name               District Court ID No.

Received by: _____    on _____
             Courier's Signature                     Date

C-113:12/01/2009