**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: | |
| **WORLDWIDE WHOLESALE LUMBER, INC.** | Case # 06-01499-JW |
| **Debtor.** | Chapter 7 |

**TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS
OR COMBINED DISTRIBUTION PAYMENT**

Enclosed from the office of MICHELLE L. VIEIRA, Trustee for the above-referenced case, is Check #3036 in the amount of $1,805.45 representing monies designated as dividends to creditors, as follows:

| CREDITOR | CLAIM # | AMOUNT | REASON |
|---|---|---|---|
| U.S. Customs & Border Protection<br>Attn Revenue Division, Bankruptcy Team<br>6650 Telecom Drive, Suite 100<br>Indianapolis, IN  46278 | 34 | $1,067.56 | Unclaimed Funds |
| Goldever Development Ltd<br>Rm 609, East Tower Kaixuan Mansion<br>NOS 43 Donghai West Road<br>Quindao, China  26607-1 | 20 | $ 737.89 | Unclaimed Funds |

Therefore, in accordance with Bankruptcy Rule 3010(a) and 3011, Trustee hereby submits to the Court a combined distribution payment of $1,805.45, representing the amount of total dividends to creditors of funds not claimed by the above-referenced Claimants.

Dated at Myrtle Beach, South Carolina
March 1, 2010

    /s/ MICHELLE L. VIEIRA
MICHELLE L. VIEIRA, Trustee
District Court ID #9876
P O BOX 70309
MYRTLE BEACH SC 29572
Phone (843) 497-9800   Fax (843) 497-9881
email: michellelvieira@msn.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

IN RE:

**WORLDWIDE WHOLESALE LUMBER**　　　　　　Case # 06-01499-JW

　　　　　　　　**Debtor.**　　　　　　　　　　　　　**Chapter 7**

**CERTIFICATE OF SERVICE**

The undersigned, Elaine MacMillan, hereby states that she mailed the within **Trustee's Notice of Unclaimed Dividends or Combined Distribution Payment** to the parties as shown in the attachment hereto either electronically where appropriate or by depositing the same in the U.S. Post Office, postage prepaid, at Myrtle Beach, South Carolina, where there is regular communication by mail, and that same was mailed on **March 1, 2010**.

　　　　　　　　　　　　　　　　　　　　/s/ Elaine MacMillan
　　　　　　　　　　　　　　　　　　Elaine MacMillan, Assistant
　　　　　　　　　　　　　　　　　　Office of MICHELLE L. VIEIRA, Trustee
　　　　　　　　　　　　　　　　　　P O BOX 70309
　　　　　　　　　　　　　　　　　　MYRTLE BEACH SC 29572
　　　　　　　　　　　　　　　　　　Phone:  (843) 497-9800
　　　　　　　　　　　　　　　　　　Fax:     (843) 497-9881
　　　　　　　　　　　　　　　　　　Email: emac726@hotmail.com

Claimant

U.S. Customs & Border Protection
Attn Revenue Division, Bankruptcy Team
6650 Telecom Drive, Suite 100
Indianapolis, IN  46278

Goldever Development Ltd
Rm 609, East Tower Kaixuan Mansion
NOS 43 Donghai West Road
Quindao, China  26607-1

Debtor's Attorney
*(Served Electronically)*

Office of United States Trustee
*(Served Electronically)*